## PERKINS *vs.* COMPTON & SON.

Whether or not married women could bring suit in respect to their separate estates by virtue of the act of 1866 and the constitution of 1868, after the act of 1872, that power was explicitly conferred upon them; and the statute of limitations runs against them, as against other suitors.   65 *Ga.*, 573; acts 1872, p. 39.

December 30, 1882.

CRAWFORD, Justice.

[On December 1, 1881, Mrs. Perkins brought suit against Compton & Son for $713.00, which she alleged had been paid to them on December 23, 1873, out of her separate estate, upon a debt of her husband.   No fraud being shown to take the case out of the statute of limitations, a non-suit was granted.   Plaintiff excepted.]